IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICHAEL MULGREW | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:22-cv-01311 (MSN/JFA) |
|  | ) CASE CLOSED on November 2, 2023 |
| PRINCE WILLIAM COUNTY SCHOOL BOARD | ) |
| Defendant. | ) |

**PLAINTIFF MICHAEL MULGREW'S
NOTICE OF APPEAL**

Pursuant to Federal Rules 3 and 4 of Appellate Procedure, Plaintiff Michael Mulgrew, by and through the undersigned counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final order granting the Defendant's Motion to Dismiss. *See* November 2, 2023 final order (ECF No. 19).


**DATED:** November 30, 2023

Respectfully submitted,
Michael Mulgrew
By Counsel


   /s/ Milton C. Johns
Milton C. Johns, VSB No. 42305
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22020
T: (571) 500-1010
F: (571) 408-8102
mjohns@xlppllc.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2023, the foregoing was filed via the CM/ECF system, and an electronic copy was served on the following via a notice of electronic Filing (NEF):

Faith A. Alejandro VSB No. 80076
Bradford Allen King
SANDS ANDERSON PC
1111 East Main Street, Suite 2400 (Zip: 23219)
PO Box 1998
Richmond, Virginia 23218-1998
Office: 804 648 1636
Fax: 804 783 7291
Email: falejandro@sandsanderson.com
Email: bking@sandsanderson.com
Counsel for Defendant Prince William County School Board

/s/ Milton C. Johns

_____
Milton C. Johns, VSB No. 42305
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22020
T: (571) 500-1010
F: (571) 408-8102
mjohns@xlpllc.com
*Counsel for Plaintiff*