FILED: August 20, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2255
(1:22-cv-01311-MSN-JFA)
_____

MICHAEL MULGREW

      Plaintiff - Appellant

v.

PRINCE WILLIAM COUNTY SCHOOL BOARD

      Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered 07/29/2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*